**Order entered March 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01118-CR

**DAVID ALLEN FRONEK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-14-66**

## ORDER

Appellant's March 18, 2015 second motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **March 27, 2015**.


/s/      LANA MYERS
          JUSTICE